ROBERT E. BARNETT, SBN 44162
rbarnett@wrongfulinjury.com
DEVAN BENNETT, SBN 268328
dbennett@wrongfulinjury.com
BARNETT LAW FIRM
712 Empire Street
Fairfield, California 94533
Tel: (707) 425-0671
Fax: (707) 425-4255

Attorney for Plaintiff,
LEROY CARLSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY CARLSON, | Case No. : 3:13-cv-04380-LB |
| Plaintiff(s), | APPLICATION AND ~~PROPOSED~~ ORDER FOR A TELEPHONIC APPEARANCE |
| vs. | |
| UNITED STATES, | |
| Defendant(s), | |

**APPLICATION**

Plaintiff LEROY CARLSON hereby applies for leave to appear telephonically by Court Call at the Case Management Conference on March 6, 2014. This application is made pursuant to Magistrate Judge Laurel Beeler's Notice Re Telephonic Appearance Procedures, effective August 1, 2013.

DATED: January 22, 2014                        BARNETT LAW OFFICES

                                               By: __/s/_____
                                               Devan Bennett
                                               Attorney for Plaintiff(s)

//

//

---

APPLICATION AND ~~PROPOSED~~ ORDER FOR A TELEPHONIC APPEARANCE

**~~PROPOSED~~ ORDER**

Pursuant to Magistrate Judge Laurel Beeler's Notice Re Telephonic Appearance Procedures, effective August 1, 2013, Plaintiff LEROY CARLSON's Application to appear telephonically by Court Call at the Case Management Conference on ~~January 9, 2014~~ March 6, 2014 at 11:00 a.m. is hereby GRANTED.

DATED: January 24, 2014

_____
JUDGE

APPLICATION AND ~~PROPOSED~~ ORDER FOR A TELEPHONIC APPEARANCE    2