```
ROBERT E. BARNETT, SBN 44162
rbarnett@wrongfulinjury.com
DEVAN BENNETT, SBN 268328
dbennett@wrongfulinjury.com
BARNETT LAW FIRM
712 Empire Street
Fairfield, California 94533
Tel: (707) 425-0671
Fax: (707) 425-4255
```

Attorney for Plaintiff,
LEROY CARLSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY CARLSON,<br><br>    Plaintiff(s),<br><br>vs.<br><br>UNITED STATES,<br><br>    Defendant(s),<br>_____ / | Case No. : 3:13-cv-04380-LB<br><br>APPLICATION AND ~~PROPOSED~~ ORDER FOR A TELEPHONIC APPEARANCE<br>_____ / |

**APPLICATION**

Plaintiff LEROY CARLSON hereby applies for leave to appear telephonically by Court Call at the Case Management Conference on November 13, 2014. This application is made pursuant to Magistrate Judge Laurel Beeler's Notice Re Telephonic Appearance Procedures, effective August 1, 2013.

DATED: November 3, 2014                    BARNETT LAW OFFICES

                                           By: __/s/_____
                                               Devan Bennett
                                               Attorney for Plaintiff(s)

//

//

---

APPLICATION AND ~~PROPOSED~~ ORDER FOR A TELEPHONIC APPEARANCE

1 **~~PROPOSED~~ ORDER**

2    Pursuant to Magistrate Judge Laurel Beeler's Notice Re Telephonic Appearance
3 Procedures, effective August 1, 2013, Plaintiff LEROY CARLSON's Application to appear
4 telephonically by Court Call at the Case Management Conference on November 13, 2014 is
5 hereby GRANTED.

7 DATED: November 3, 2014                             _____
8                                                              JUDGE

APPLICATION AND ~~PROPOSED~~ ORDER FOR A TELEPHONIC APPEARANCE