1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  MARK R. CONRAD (CSBN 255667)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7025
6       Fax: (415) 436-6748
        mark.conrad@usdoj.gov
7
   Attorneys for Defendant
8

9  Additional Counsel listed on subsequent pages

10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                  OAKLAND DIVISION

14

15 | LEROY CARLSON,                     )  CASE NO. C 13-04380 LB
                                        )
16 |       Plaintiff,                   )  [~~PROPOSED~~] ORDER SETTING
                                        )  REVISED CASE MANAGEMENT
17 |    v.                              )  SCHEDULE
                                        )
18 | UNITED STATES OF AMERICA,          )
                                        )
19 |       Defendant.                   )
                                        )
20                                      )
                                        )
21

22 | SAFEWAY, INC.,                     )  CASE NO. C 14-00102 LB
                                        )
23 |       Plaintiff,                   )  [~~PROPOSED~~] ORDER SETTING
                                        )  REVISED CASE MANAGEMENT
24 |    v.                              )  SCHEDULE
                                        )
25 | UNITED STATES OF AMERICA,          )
                                        )
26 |       Defendant.                   )
                                        )
27                                      )

28

~~PROPOSED~~ SCHEDULING ORDER
Case No. C 13-04380 LB

1  ROBERT E. BARNETT, SBN 44162
   rbarnett@wrongfulinjury.com
2  DEVAN BENNETT, SBN 268328
   dbennett@wrongfulinjury.com
3  BENJAMIN SCOTT, SBN 282541
   bscott@wrongfulinjury.com
4  BARNETT AND BENNETT LAW FIRM
   712 Empire Street
5  Fairfield, California 94533
   Tel: (707) 425-0671
6  Fax: (707) 425-4255

7  Attorneys for Plaintiff Leroy Carlson

8  DAVID W. HUGHES, SBN 88738
   dhughes@lflm.com
9  LAUGHLIN, FALBO, LEVY & MORESI
   555 12th Street, Suite 1900
10 Oakland, California 94607
   Tel: (510) 628-0496
11 Fax: (510) 628-0499

12 Attorneys for Plaintiff Safeway, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

~~PROPOSED~~ SCHEDULING ORDER
Case No. C 13-04380 LB

1   PURSUANT TO THE STIPULATION OF THE PARTIES, as set forth on the record at the Case
2 Management Schedule held in the above-captioned related matters on November 13, 2015, the Court
3 hereby sets the following deadlines for completion of discovery, summary judgment briefing, pretrial
4 and trial proceedings:

| | |
|---|---|
| Further Case Management Conference | February 26, 2015 at 11:00 a.m. |
| Updated Case Management Statement | February 23, 2015 |
| Fact Discovery Cut-Off | January 30, 2015 |
| Expert Designations | February 20, 2015 |
| Expert Discovery Cut-Off | April 3, 2015 |
| MSJ Hearing Deadline | June 15, 2015 |
| Meet and Confer re Pretrial Filings | September 29, 2015 |
| Pretrial Filings Due | October 15, 2015 |
| Oppositions, Objections, Exhibits, and Deposition Designations Due | October 22, 2015 |
| Final Pretrial Conference | November 12, 2015 at 1:30 p.m. |
| Trial | November 30, 2015 at 8:30 a.m. |

A further case management conference shall be held on Thursday, February 26, 2015, at 11:00 a.m.  The parties are to file an updated joint case management conference statement not later than Monday, February 23, 2015.

IT IS SO ORDERED.

DATED: November 21,  2014

_____
LAUREL BEELER
United States Magistrate Judge

~~PROPOSED~~ SCHEDULING ORDER          - 1 -
Case No. C 13-04380 LB